### WADE v FRANKLIN et

Ohio Appeals, 6th Dist, Lucas Co

Decided Dec 16, 1935

James Harrington Boyd, Toledo, for plaintiff in error.

Smith, Beckwith, Ohlinger & Froelich, Toledo, for defendants in error.

For full opinion see 5 OO 190; 51 Oh Ap 318.